IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv291

| | |
|---|---|
| PHYLLIS McKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GRIFFIN MANAGEMENT SERVICES,. ) | |
| INC. d/b/a ICARSNOW.COM OF ) | |
| SOUTH BLVD.; and GRIFFIN ) | |
| FINANCIAL CORPORATION d/b/a ) | |
| UNITED ACCEPTANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the September 9, 2012, Notice of Settlement, indicating that this action has been completely resolved.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of Dismissal not later than November 13, 2012. Absent such filing or other action to move the case forward, this action will be dismissed upon the court's motion after that date.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge